UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:15-bk-11084-CPM
Chapter 7

BRIAN NEIL BUDD,

    Debtor(s).
_____/

## REPORT OF UNCLAIMED FUNDS

Distributions to Creditors are to be paid on July 5, 2025. The following check dated June 20, 2025 is undeliverable because the Debtor cannot be located after several attempts. A. stop payment has been issued.

| CLAIM NO. | CHECK NO. | CLAIMANT | AMOUNT |
|---|---|---|---|
| Surplus to Debtor | 20114 | Brian Neil Budd<br>421 Highview Lane<br>Lakeland, FL  33803 | $58,703.56 |

A check for the total, payable to the Clerk of the Court, is attached hereto and should be deposited into the Unclaimed Funds Account.

Dated:  July 4, 2025

                /s/ Dawn A. Carapella
                Dawn A. Carapella, Trustee
                Chapter 7 Trustee
                P.O. Box 67
                Valrico, FL 33595
                Telephone:  (813) 685-8694
                E-Mail:  Dcarapellatrustee@gmail.com